﻿Citation Nr: AXXXXXXXX
Decision Date: 07/31/20 Archive Date: 07/31/20

DOCKET NO. 190930-48343
DATE: July 31, 2020

REMANDED

The issue of readjudication of the claim for service connection for posttraumatic stress disorder (PTSD) is remanded.

REASONS FOR REMAND

The Veteran served on active duty during June 1960 to December 1981. He served honorably in the United States Army during the Vietnam Era and Peacetime, including foreign service. The Board thanks the Veteran and his family for his over two decades of service to our country.

Historically, a claim for PTSD was denied in an unappealed February 2012 rating decision. 

A rating decision was issued under the legacy system in April 2018 and the Veteran submitted a timely notice of disagreement. In July 2019, the agency of original jurisdiction (AOJ) issued a statement of the case (SOC). The Veteran opted the claim(s) into the modernized review system, also known as the Appeals Modernization Act (AMA), by submitting an August 2019 VA Form 10182, Decision Review Request: Board Appeal, identifying the April 2018 date of decision. However, a letter attached to the VA Form 10182 from the Veteran’s representative indicated that the Veteran disagreed with the July 2019 SOC decision. Therefore, the July 2019 SOC AMA rating decision is the decision on appeal. 

In March 2020, the Veteran testified before the undersigned Veterans Law Judge (VLJ) at a Board videoconference hearing. A transcript of the hearing is of record. The undersigned VLJ granted the Veteran’s request for this claim be advanced on the docket (AOD). No new evidence on this matter was submitted to the VA on or after the hearing date. In particular, the Board advises the Veteran that a statement from a Dr. Burns mentioned on the record during the hearing has not yet been associated with the Veteran’s virtual benefits file.

Under AMA, remand is permissible only to correct pre-decisional duty to assist errors. 38 C.F.R. § 20.802.

1. Readjudication of the claim for service connection for posttraumatic stress disorder (PTSD) is remanded.

The Veteran contends that his posttraumatic stress disorder (PTSD) is related to his combat service in Vietnam. See VA Form 21-526 dated July 2010.

In a November 2018 VA mental health nurse practitioner note, which was in the record prior to the July 2019 SOC, the Veteran reported that he “is seeing Chuck at the vet center and feels it is a good match.” See Capri records added to the record in February 2019. The Veteran’s VA treatment records from the Vet Center have not been added to his claims-file. Since the Vet Center records were not obtained prior to AOJ adjudication, a pre-decisional duty to assist error occurred. Therefore, the Board finds that remand is necessary.

 

The matter is REMANDED for the following action:

Please secure for the record copies of the Veteran’s Vet Center records.

 

M. C. GRAHAM

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board Nawatha M. Duncan-Hayes

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.